CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**Dina Williams**
PLAINTIFF

**2353 24th Street SE,**
Address (No Post Office Boxes)

**Washington    DC    20020**
City                State    Zip Code

VS.

**James Solutions**
DEFENDANT

**1103 North Glebe Road**
Address (No Post Office Boxes)

**Arlington, VA    22201**
City                State    Zip Code

CIVIL ACTION NO. **1:23-CV-03556-ACR**

Jury Trial:  [X] Yes   [ ] No

## MOTION

**Default of Judgement**

I, Dina Williams, request for entry of default by the clerk as of February 6, 2024

Signature

REC'D FEB - 6 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Name (if applicable) Prisoner ID No.)
**2353 24th Street SE,**
Address/Facility Address
**Washington    DC    20020**
City                State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed